Sweet, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL SPINELLI; SCOTT BOEHM; PAUL
JASIENSKI; GEORGE NEWMAN LOWRANCE;
DAVID STLUKA; DAVID DRAPKIN; and
THOMAS E. WITTE,

                       Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE; NFL
PROPERTIES, LLC; NFL VENTURES, L.P.; NFL
PRODUCTIONS, LLC; NFL ENTERPRISES, LLC;
REPLAY PHOTOS, LLC; GETTY IMAGES (US),
INC; ASSOCIATED PRESS; ARIZONA
CARDINALS HOLDINGS, INC.; ATLANTA
FALCONS FOOTBALL CLUB LLC; BALTIMORE
RAVENS LIMITED PARTNERSHIP; BUFFALO
BILLS, INC.; PANTHERS FOOTBALL LLC;
CHICAGO BEARS FOOTBALL CLUB, INC.;
CINCINNATI BENGALS, INC.; CLEVELAND
BROWNS LLC; DALLAS COWBOYS
FOOTBALL CLUB, LTD.; DENVER BRONCOS
FOOTBALL CLUB; DETROIT LIONS, INC.;
GREEN BAY PACKERS, INC.; HOUSTON NFL
HOLDINGS LP; INDIANAPOLIS COLTS, INC.;
JACKSONVILLE JAGUARS LTD.; KANSAS
CITY CHIEFS FOOTBALL CLUB, INC.; MIAMI
DOLPHINS, LTD.; MINNESOTA VIKINGS
FOOTBALL CLUB LLC; NEW ENGLAND
PATRIOTS, LP; NEW ORLEANS LOUISIANA
SAINTS, LLC; NEW YORK FOOTBALL GIANTS,
INC.; NEW YORK JETS FOOTBALL CLUB, INC.;
OAKLAND RAIDERS LP; PHILADELPHIA
EAGLES FOOTBALL CLUB, INC.; PITTSBURGH
STEELERS SPORTS, INC.; SAN DIEGO
CHARGERS FOOTBALL CO.; SAN FRANCISCO
FORTY NINERS LTD.; FOOTBALL
NORTHWEST LLC; THE RAMS FOOTBALL CO.
LLC; BUCCANEERS LIMITED PARTNERSHIP;
TENNESSEE FOOTBALL, INC.; and
WASHINGTON FOOTBALL INC.,

                       Defendants.

No. 13-CV-7398 (RWS)

**STIPULATION AND PROPOSED ORDER**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-14

Plaintiffs Paul Spinelli, Scott Boehm, Paul Jasienski, George Newman Lowrance, David Stluka, David Drapkin, and Thomas E. Witte ("Plaintiffs") and Defendants, National Football League, NFL Properties, LLC, NFL Ventures, L.P., NFL Productions, LLC, NFL Enterprises, LLC, all 32 NFL Member Clubs (collectively, the "NFL Defendants"), Getty Images (US), Inc. ("Getty Images"), Associated Press ("AP"), and Replay Photos, LLC ("Replay Photos"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, by Stipulation and Order entered November 11, 2013 (Dkt. 12), the time for Defendants National Football League, NFL Ventures, L.P., NFL Productions, LLC, NFL Enterprises, LLC, Getty Images, and AP to respond to the Complaint was extended to December 18, 2013, and Plaintiffs' time to respond to any responsive pleading and/or to amend the Complaint was extended to February 12, 2014;

WHEREAS, by Stipulation and Order entered December 24, 2013 (Dkt. 40), Defendant Replay Photos' time to respond to the Complaint was extended to December 27, 2013 and Plaintiffs' time to respond to any responsive pleading and/or to amend the Complaint was extended to February 21, 2014;

WHEREAS, in December 2013, all Defendants served and filed separate motions to dismiss the Complaint (Dkt. 21, 26, 29, 36);

WHEREAS, on February 12, 2014, Plaintiffs served several of the Defendants with a First Amended Complaint, which, *inter alia*, added new defendants, allegations, and causes of action;

WHEREAS, the parties believe that they will require additional time and pages to fully and properly address the issues raised in the Plaintiffs' First Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED that: (i) Defendants' time to answer, move, or otherwise plead in response to the First Amended Complaint is extended through and including March 31, 2014; (ii) Plaintiffs' time to respond to any motion, answer, or other responsive pleading is extended through and including June 9, 2014; and (iii) Defendants' time to file any reply papers is extended through and including June 30, 2014.

2

IT IS FURTHER STIPULATED AND AGREED that page limits for initial memoranda of law in support of any motion to dismiss shall be extended to: (i) 45 pages for the NFL Defendants (who shall collectively file one motion); (ii) 45 pages for AP; (iii) 35 pages for Getty Images; and (iv) 35 pages for Replay Photos. Plaintiffs shall be permitted 45 pages for each of its briefs responding to the NFL Defendants and AP, and 35 pages for each of its briefs responding to Getty Images and Replay Photos. The NFL Defendants and AP each shall be permitted 25 pages for reply briefs; Getty Images and Replay Photos each shall be permitted 20 pages for reply briefs.

IT IS FURTHER STIPULATED AND AGREED that Defendants shall, in accordance with the Court's Individual Practice 2.E, request that oral argument on any motions to dismiss take place on August 27, 2014, or as soon thereafter as convenient for the Court.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.

Dated: New York, New York
February 25, 2014

*(signature)*

Danial A. Nelson
Kevin P. McCulloch
NELSON & MCCULLOCH LLP
155 East 56th Street
New York, New York 10022
Telephone: (212) 355-6050
Facsimile: (646) 308-1178

*Attorneys for Plaintiffs*

*(signature)*

Andrew L. Deutsch
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendant Associated Press*

*(signature)*

Jura C. Zibas
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42 Street
New York, New York 10017
Telephone: (212) 490-3000
Facsimile: (212) 490-3038

*Attorneys for Defendant Replay Photos, LLC*

*(signature)*

Bruce S. Meyer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant Getty Images (US), Inc.*

*(signature)*

Jeffrey A. Mishkin
Anthony J. Dreyer
Jordan A. Feirman
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP AND AFFILIATES
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-3230

*Attorneys for NFL Defendants*

SO ORDERED:

Dated this ___ day of _____ 2014

*(signature)*

United States District Court Judge

4