UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SPINELLI, et al;

    Plaintiffs,

 - against -

NATIONAL FOOTBALL LEAGUE, et al;

    Defendants.

------------------------------------X

13 Civ. 7398 (RWS)

O R D E R

**Sweet, D.J.**

  Defendant Getty Images (US), Inc.'s motion to dismiss the Amended Complaint and to Compel Arbitration, or in the alternative, to Stay the Action as to Getty Images (US), Inc., as well as Defendants National Football League, NFL Properties, LLC, NFL Ventures, L.P., NFL Productions, LLC, NFL Enterprises, LLC (collectively, the "NFL Clubs"), motion to dismiss the Amended Complaint, will be heard on submissions, ~~without oral argument,~~ Wednesday, August 27, 2014. All motion papers shall be served in accordance with Local Civil Rule 6.1.

  It is so ordered.

**New York, NY**
**April 2, 2014**

ROBERT W. SWEET
U.S.D.J