# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-3230
DIRECT FAX
(917) 777-3230
EMAIL ADDRESS
JEFFREY.MISHKIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 18, 2014

**BY ECF**
Honorable Robert W. Sweet
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Spinelli, et al v. National Football League, et al*,
    Case No. 13-cv-7398 (RWS)

Dear Judge Sweet:

    We submit this letter on behalf of all parties to the above-captioned action. In accordance with the Court's Individual Practice 3.E, the parties respectfully request that oral argument on the defendants' motions to dismiss the First Amended Complaint be held on October 1, 2014.

Respectfully submitted,

*Jeffrey A. Mishkin*
Jeffrey A. Mishkin

cc: Counsel for all parties (via ECF and email)

1057000-NYCSR04A - MSW