UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| PAUL SPINELLI; SCOTT BOEHM; PAUL JASIENSKI; GEORGE NEWMAN LOWRANCE; DAVID STLUKA; DAVID DRAPKIN; and THOMAS E. WITTE, | : Case 1:13-cv-07398 (RWS) <br><br> : **ECF Case** |
| Plaintiffs, | : |
| v. | : **NOTICE OF MOTION TO STAY DISCOVERY** |
| NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES, LLC; NFL VENTURES, L.P.; NFL PRODUCTIONS, LLC; NFL ENTERPRISES, LLC; REPLAY PHOTOS, LLC; GETTY IMAGES (US), INC.; ASSOCIATED PRESS; ARIZONA CARDINALS HOLDINGS, INC., ATLANTA FALCONS FOOTBALL CLUB LLC, BALTIMORE RAVENS LIMITED PARTNERSHIP, BUFFALO BILLS, INC., PANTHERS FOOTBALL LLC, CHICAGO BEARS FOOTBALL CLUB, INC., CINCINNATI BENGALS, INC., CLEVELAND BROWNS LLC, DALLAS COWBOYS FOOTBALL CLUB, LTD., DENVER BRONCOS FOOTBALL CLUB, DETROIT LIONS, INC., GREEN BAY PACKERS, INC., HOUSTON NFL HOLDINGS LP, INDIANAPOLIS COLTS, INC., JACKSONVILLE JAGUARS LTD., KANSAS CITY CHIEFS FOOTBALL CLUB, INC., MIAMI DOLPHINS, LTD., MINNESOTA VIKINGS FOOTBALL CLUB LLC, NEW ENGLAND PATRIOTS, LP, NEW ORLEANS LOUISIANA SAINTS, LLC, NEW YORK FOOTBALL GIANTS, INC., NEW YORK JETS FOOTBALL CLUB, INC., OAKLAND RAIDERS LP, PHILADELPHIA EAGLES FOOTBALL CLUB, INC., PITTSBURGH STEELERS SPORTS, INC., SAN DIEGO CHARGERS FOOTBALL CO., SAN FRANCISCO FORTY NINERS LTD., FOOTBALL NORTHWEST LLC, THE RAMS FOOTBALL CO. LLC, BUCCANEERS LIMITED PARTNERSHIP, TENNESSEE FOOTBALL, INC., and WASHINGTON FOOTBALL INC., | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and upon all prior pleadings and proceedings had herein, defendants National Football League, NFL Properties, LLC, NFL Ventures, L.P., NFL Productions, LLC, NFL Enterprises, LLC, the 32 National Football League Clubs (collectively the "NFL Clubs"), The Associated Press, and Replay Photos, LLC will move this Court, before the Honorable Robert W. Sweet, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an order pursuant to Fed. R. Civ. P. 26(c) staying all discovery pending resolution of defendants' respective motions to dismiss the First Amended Complaint, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       November 10, 2014

/s Anthony J. Dreyer
Jeffrey A. Mishkin
Anthony J. Dreyer
Karen Hoffman Lent
Jordan A. Feirman
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Counsel for NFL Defendants*

WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP

/s Jura Zibas
Jura Christine Zibas
150 East 42nd Street
New York, NY 10017

*Counsel for Replay Photos, LLC*

DLA PIPER US LLP

/s Andrew Deutsch
Andrew Lawrence Deutsch
Tamar Y. Duvdevani
1251 Avenue of the Americas
New York, NY 10020

*Counsel for The Associated Press*