```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

PAUL SPINELLI, SCOTT BOEHM, PAUL
JASIENSKI, GEORGE NEWMAN LOWRANCE, DAVID
STLUKA, DAVID DRAPKIN, and THOMAS E.
WITTE,

                        Plaintiffs,
                                                   13 Civ. 7398 (RWS)
        - against -
                                                         OPINION

NATIONAL FOOTBALL LEAGUE, NFL PROPERTIES,
LLC, NFL VENTURES, L.P., NFL PRODUCTIONS,
LLC, NFL ENTERPRISES, LLC, REPLAY PHOTOS,
LLC, GETTY IMAGES (US), INC., ASSOCIATED
PRESS, ARIZONA CARDINALS HOLDINGS, INC.,
ATLANTA FALCONS FOOTBALL CLUB LLC,
BALTIMORE RAVENS LIMITED PARTNERSHIP,
BUFFALO BILLS, INC., PANTHERS FOOTBALL
LLC, CHICAGO BEARS FOOTBALL CLUB, INC.,
CINCINNATI BENGALS, INC., CLEVELAND
BROWNS LLC, DALLAS COWBOYS FOOTBALL CLUB,
DENVER BRONCOS FOOTBALL CLUB, DETROIT
LIONS, INC., GREEN BAY PACKERS, INC.,
HOUSTON NFL HOLDINGS LP, INDIANAPOLIS
COLTS, INC., JACKSONVILLE JAGUARS LTD.,
KANSAS CITY CHIEFS FOOTBALL CLUB, INC.,
MIAMI DOLPHINS, LTD., MINNESOTA VIKINGS
FOOTBALL CLUB LLC, NEW ENGLAND PATRIOTS,
LP, NEW ORLEANS LOUISIANA SAINTS, LLC,
NEW YORK FOOTBALL GIANTS, INC., NEW YORK
JETS FOOTBALL CLUB, INC., OAKLAND RAIDERS
LP, PHILADELPHIA EAGLES FOOTBALL CLUB,
INC., PITTSBURGH STEELERS SPORTS, INC.,
SAN DIEGO CHARGERS FOOTBALL CO., SAN
FRANCISCO FORTY NINERS LTD., FOOTBALL
NORTHWEST LLC, THE RAMS FOOTBALL CO. LLC,
BUCCANEERS LIMITED PARTNERSHIP, TENNESSEE
FOOTBALL, INC., and WASHINGTON FOOTBALL
INC.,

                        Defendants.

-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/16

A P P E A R A N C E S:

    Attorneys for the Plaintiffs

    NELSON & MCCULLOCH LLP
    155 East 56th Street
    New York, NY 10022
    By:  Kevin Patrick McCulloch, Esq.


    Attorneys for the Defendants

    DLA PIPER US LLP
    1251 Avenue of the Americas
    New York, NY 10020
    By:  Andrew Lawrence Deutsch, Esq.
        Marc Evan Miller, Esq.
        Paolo Morante, Esq.
        Tamar Y. Duvdevani, Esq.

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    Four Times Square
    42nd Floor
    New York, NY 10036
    By:  Jeffrey A. Mishkin, Esq.
        Anthony Joseph Dreyer, Esq.
        Jordan Adam Feirman, Esq.
        Karen Hoffman Lent, Esq.

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
    1133 Westchester Avenue
    White Plains, NY 10604
    By:  Jura Christine Zibas, Esq.
        Jana A. Slavina, Esq.

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    25th Floor
    New York, NY 10153
    By:  Bruce S. Meyer, Esq.

**Sweet, D.J.**

Defendants requested a stay of discovery pending a decision on their joint motion for reconsideration of the motion to dismiss the Second Amended Complaint. Defendant has demonstrated "good cause" for the stay of discovery because the pending motion could be dispositive, the costs of discovery will be burdensome to Defendants, and the Plaintiffs have not shown prejudice from the relatively short stay. *Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002). For those reasons, the stay of discovery is granted pending the decision on the motion for reconsideration.

It is so ordered.

New York, NY
September 29, 2016

_____
ROBERT W. SWEET
U.S.D.J.

1